

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE CRIMINAL DISTRICT COURT NO. 4 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 21st day of October, 2014, the cause on appeal to revise or reverse the judgment between

ERRINGTON CHARLES HATCH, JR.,
Appellant

No. 05-13-00895-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F08-60670-K.
Opinion delivered by Justice Stoddart.
Justices FitzGerald and Fillmore participating.

was determined; and this Court made its order in these words:

     Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

     We **STRIKE** Justin Lord as the "Attorney for State" and **MODIFY** the judgment by adding George B. Lewis, II as the attorney for the State.

     We **STRIKE** "TRUE" as being appellant Errington Charles Hatch, Jr.'s "Plea to Motion to Adjudicate" and **MODIFY** the judgment by adding "NOT TRUE" as Hatch's "Plea to Motion to Adjudicate."

     We **STRIKE** "OPEN PLEA" as the "Terms of Plea Bargain" and **MODIFY** the judgment by adding "NONE" as the "Terms of Plea Bargain."

     As modified, the judgment is **AFFIRMED**.

     **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 31st day of December, 2014.



LISA MATZ, Clerk